Shawnley Keith
925 W Baseline Road
Tempe, AZ 85283
(562) 235-9835



In 'Federal Court'

At district court of the united States For Arizona

| | Case No. CV-17-04040-PHX-GMS |
|---|---|
| LVNV Funding LLC, The etc all<br>Shawnley Keithy<br><br>Vs.<br><br>LVNV Funding LLC<br>Shawnley Keith, etc all | claim, Trial by jury Demand, court of record demand, Monetary Damages Demand, Libel, Slander, and Constructive Fraud, Diversity Jurisdiction, injection Demanded, VIOLATION OF THE FAIR DEBT COLLECTIONS PRACTICES ACT, VALIDATION OF DEBT DEMAND |

I. An Affidavit " my statement of claim..

1. i a man Shawnley Keith the beneficial equitible owner of the cesta que Trust, and as such i claim to have firsthand knowledge of the information contained herein, and or direct knowledge of the facstated herein.
2. A company has filed a lawsuit against me, and has failed to properly serve the lawsuit on my person and/or my representative which is a violation of my due process rights and i object and ask that there claim be dismissed immediately with prejudice, as the opposing party are students of law, learned individuals, familiar with the rules and procedures and have failed to follow them knowingly, intentionally and deliberately. ( Please note that all of my claims against the opposing party are said to be done knowingly and intentionally and deliberately with wanton disregard to due process, my rights, and the law).
3. i however am not a student of law!
4. i am not familiar with the rules of the Court, however, i am familiar with my right to have the rules suspended, and to have all of my request construed liberally, and i do hereby elect to exercise that right and request rules be suspended.

II. Lack of standing

5. LVNV LLC is a buyer of charged-off debt.
6. a. A charger that is a debt that has been charged off by a creditor for which they have either received credits by a taxes and/or other benefits for which they have not documented the account and made adjustments with respects to such credits and/or benefits.

    b. There is no difference between a tax write-off and a tax deduction. It's possible that the confusion arises between a tax credit and a tax deduction a credit subtracts and amount from a person's tax liabilities, while a deduction is a qualifying expense that reduces the amount of income that can be taxed.

    c. A creditors failure to accurately document the account as to any and all credits to the account and or debits from the account is a violation of the Fair Debt collections Practices Act, and a violation of my due process rights as this has been the case in this instance.

7. LVNV funding LLC is unlawfully appearing on my credit report and they have failed to serve me properly with a lawsuit. LVNV funding LLC has a reputation of filing thousands of collection lawsuits each year against consumers such as myself. LVNV funding has the practice of hiring a local collection attorney to file their lawsuits, which called into question their ability to act as a debt collector of the State of Arizona.

8. LVNV funding will rely on witness testimony in a "business record affidavit" when trying to prove their case against consumers such as myself. i hereby categorically deny all claims made and such affidavit and/or evidence produced by LVNV, its representatives and/or its affiliates.

9. LVNV Funding LLC however this company is simply a shell Corporation. In reality, LVNV funding LLC is just a simple shell Corporation owned entirely by Sherman Financial, LLC( i hereby enjoin this body, it's boards, and other Representatives into this matter as co-conspirators and opposing parties) whose headquarters is located at 335 Madison Ave, New York, NY 10017 1 877-264-5884, toll free number. Sherman Financial is one of the largest delinquent debt purchases in the United States. In 2015 alone, the company grossed over 374.126 million in Profits.

10. According to information filed with the Securities Exchange Commission, Resurgent LLC is owned by Alegis Group LLC Which is owned by Sherman Financial Group the majority interest  (I hereby enjoin this body, its board, and other Representatives into this matter as co-conspirators and opposing parties).

III. How does LVNV funding LLC collect debt?

11. LVNV funding LLC purchases thousands of delinquent debt from credit card companies, medical providers, Banks, cell phone companies, cable companies, personal finance companies, and others for just pennies on the dollar.

12. LVNV funding LLC then retains law firms to collect the full amount owed on each account. In addition to the amount owed on the delinquent account, LNVN funding LLC will add interest, late fees, penalties, attorney fees, court costs, and any other fees that the company believes it can squeeze out of consumers such as myself.

13. I do not recognize the debt Claim by LVNV funding LLC, and say that they are attempting to collect on something for which they have no actual facts, evidence, and or accurate records to support their claim.

14. I have demanded that they validate the debt, and hereby place my demand for validation of debt within and incorporated into this matter.

IV. Debt validation demand

15. I have a right to demand the debt be not only verified but validated, supported by the original contract, I hereby make this demand in this matter at this present time for it is my claim in my contention that such records do not exist.
16. Since the opposing parties claim is based on non factual information, and they have made this a matter of public record by filing a claim against me, and failing to properly serve me the documentation such a claim was filed without proper notification and has thus cause me injury/damage, documented as follows:
    a. By placing this derogatory, incriminating, inflammatory, and wholly inaccurate information on the public record my reputation has been impacted negatively.
    b. The State of Arizona has laws against libel and slander, and i bring forth my claim for such and incorporated into this matter deliberately, and by reference.
    c. Since the debt has not been validated, and a validation of debt has been requested on several occasions see the attached Communications for reference, i hereby bring to this bodies attention that the opposing party with their accomplices have violated my do process rights as well as the Fair Debt collections Practices Act.
    d. For the violation of the Fair Debt collections Practices Act with says that once a dispute has been initiated, that the party making the claim of debt must suspend all debt collection activities until the debt has been validated, which would include reporting such to the credit reporting bureaus, this was not done.
    e. The opposing party was asked to cease any and all communication attempts via telephone, and ignored that request on more than 10 occasions. The law provides for a penalty for each time a debt collector has violated the Fair Debt collections Practices Act communication Clause, as well as their failure to provide the information required by law i.e. validation, and i bring forth my claim within the body of this matter.
17. i hereby claim that the opposing party does not have a chain of custody for the account, as the custodian of record is required to maintain, i have demanded this information in the past as they have failed to provide with in a timely fashion, which precludes them from any further claims referencing the same matter.

It is my claim that the opposing party is barred by Statute from continuing to make any further claims when they have intentionally failed to validate the debt after multiple request.

V. Conspiracy claim:

18. As listed above the opposing parties have come together in a joint venture to deprive consumers such as myself of what is there lawful right.
19. According to The Gold Repeal Act (otherwise known as the act of June 5th and 6th 1933), it is a violation of public policy for:

**Whereas the existing emergency has disclosed that <u>provisions of obligations which purport to give the obligee a right to require payment</u> in an amount in money of the United States... every provision made with respect to any obligation** which purports **to give the obligee a right to require payments and an amount and money of the <u>United States...</u> <u>is declared to be against public policy and no such provision shall be</u> contained in or made with respect to any obligation here and after incurred.**

20. i bring forth my claim that the opposing party has *violated public policy* by making such a demand against myself and other consumers, and therefore have no claim.

    IV. Monetary damage claim
21. My claim is for monetary damages in the amount of 48,000,000
22. Which include 47,800,000 for punitive damages,
23. 200,000 for compensatory damages
24. Plus cost, attorneys fees, and other Provisions to include interest.

    VII. i do hereby demand a trial by jury

25. Because this matter was filed and no notice was properly served upon myself i do hereby file this my claim and demand a trial by jury As it is more properly known.
26. As i brought to the Court's attention i a man is belligerently ignorant in the language of legalese yet i have been attacked by a group of individuals in the form of this lawsuit and/or claim of debt.

    Because this matter involves intricate laws such as:

    a. The Fair Debt collections Practices Act
    b. The Fair Credit Reporting Act
    c. The truth in Lending Act
    d. The Gold Repeal Act
    e. Emergency banking Act
    f. Proclamation 2039, 2040 Trading with the enemies Act
    g. The State of Arizona consumer protection act
    h. *** it shall be noted that i incorporate each of these acts into this matter by reference, and i introduce this my claim in the form of an affidavit as evidence into this matter, specifically and by reference.
27. i must hereby defend myself against such nonsensical, frivolous, meritless, and unsubstantiated claims by the opposing parties.
    a. i have a verified account with the Social Security Administration, and the Social Security Administration maintains and account on behalf of the cestui que Trust of which i am the beneficial and Equitable owner.
    b. B. The SSA form 445 is hereby granted to you for the processing the payment of all fees associated with this matter with reference to my interest, as i am a party duly authorized to Grant permission would reference this form and my account, i do so as of this time.

28. i also bring to the Court's attention the jury's attention, and the opposing parties attention that English is not my first language, that i had assistance from a competent non attorney in producing this here affidavit in English however, i am going to have to ask that this court appoint a translator so that i can clearly have it explained to me the legalese utilized by the court and its officers i believe that this is a reasonable request, and i place it here within this presentment before this body.
29. As per statue i am Indigent, unable to not only pay the filing fees, but also to afford a court admission attorney, and because the opposing party has revenue and resources greater than myself, and because it is my claim that they are not licensed to collect the debt in the state of Arizona, and that even if they were licensed to collect the debt in the state of Arizona they have violated the law and doing so and are entitled to a dismissal of their claims with prejudice, only.

i do hereby attest, affirm, ascribe, and declare that i have first-hand knowledge of the information presented herein, that i am competent to make such claims, that i am apparently despite the lack of proper service, a party to this matter, and that the aforementioned is accurate under penalty of the state / Republic of Washington Constitution, and the United States of America constitution on this November 2, 2017 so help me God

_Shawnley Keith_
The Beneficial owner of the Equitable cestui que Trust


State of Arizona

County of Maricopa

On ~~September~~ November 2nd 2017, before me __Andrew Kimball__ notary public, personally stood Shawnley Keith Who proved to me on the basis of satisfactory evidence to be the person whose name is subscribe to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the persons, or the entity upon behalf of which the person(s) acted, executed the instrument.

**I certify under penalty of perjury under the laws of the State of Arizona that the foregoing paragraph is true and correct.**

Witness my hand and official seal

_Andrew Kimball_
notary public

Andrew Kimball
Notary Public
Maricopa County, Arizona
My Commission Expires
January 31, 2021