# AFFIDAVIT OF FACT

Case No. 2:17-cv-04040

January 18, 2018

SHAWNLEY KEITH

vs

LVNV FUNDING LLC

```
✓ FILED      ___ LODGED
___ RECEIVED  ___ COPY

       JAN 2 2 2018

CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
BY _____ DEPUTY
```

i, a man who is one of the People of Arizona. The undersigned Shawnley Keith, hereinafter "Affiant", does solemnly swear, declare and state as follows; Affiant is competent to state/request the matters set forth herein.
All the facts herein must be true, correct and complete, admissible into a court of record As Evidence.

**PlAIN STATEMENT MOTION OF THE COURT:**

1. i, a man; wish, require, here now this case be dismissed without prejudice .

    Failure to respond or rebut within ten (10) days shall convey your assent to, and agreement with all the facts herein.

    i set my hand and seal on this _____ day of January 2018 and hereby verify all the statements made above are true, correct and complete under penalty of the state / Republic of Washington Constitution, and the United States of America constitution on this day.

    i, say here, and will verify in open court, that all the following herein is true

By: *Shawnley Keith*
Shawnley Keith

